HELMER • FRIEDMAN, LLP
Gregory D. Helmer, P.C. (S.B. #150184)
    (ghelmer@helmerfriedman.com)
Andrew H. Friedman, P.C. (S.B. #153166)
    (afriedman@helmerfriedman.com)
Kenneth A. Helmer (S.B. # 193366)
    (khelmer@helmerfriedman.com)
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-7714
Facsimile: (310) 396-9215

Attorneys for Plaintiff
JUAN MANUEL GARCIA-BARAJAS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GARCIA-BARAJAS,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ PURINA PETCARE COMPANY, a corporation, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:09-**CV-00025-OWW-DLB**<br><br>[*Honorable Judge Oliver W. Wanger*]<br><br>**ORDER AMENDING THE SCHEDULING CONFERENCE ORDER AS REQUESTED BY THE STIPULATION OF ALL PARTIES** |

Plaintiff JUAN MANUEL GARCIA-BARAJAS and Defendant NESTLÉ PURINA PETCARE COMPANY, by and through their respective undersigned counsel filed a joint stipulation for an Order amending the Scheduling Conference Order. The parties have requested an extension of the discovery cut-off date from February 12, 2010 to May 10, 2010, the same deadline for expert discovery.

**IT IS HEREBY ORDERED**, that the Scheduling Conference Order be amended as requested and agreed to by and between the parties for the reasons stated in the Stipulation.

The Court schedules the following dates:

1. Discovery cut-off, currently set for February 12, 2010 shall be continued to May 10, 2010;

2. All other dates under the Scheduling Conference Order shall remain the same.

**IT IS SO ORDERED.**

Date: December 23, 2009         /s/ OLIVER W. WANGER
                                United States Senior  District Court Judge