HELMER • FRIEDMAN, LLP
Gregory D. Helmer, P.C. (S.B. #150184)
    (ghelmer@helmerfriedman.com)
Andrew H. Friedman, P.C. (S.B. #153166)
    (afriedman@helmerfriedman.com)
Kenneth A. Helmer (S.B. # 193366)
    (khelmer@helmerfriedman.com)
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-7714
Facsimile: (310) 396-9215

Attorneys for Plaintiff
JUAN MANUEL GARCIA-BARAJAS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GARCIA-BARAJAS, | Case No. 1:09-**CV-00025-OWW-DLB** |
| Plaintiff, | [*Honorable Judge Oliver W. Wanger*] |
| v. | |
| NESTLÉ PURINA PETCARE COMPANY, a corporation, and DOES 1 through 50 inclusive, | **ORDER MODIFYING SCHEDULING CONFERENCE ORDER UPON STIPULATION OF THE PARTIES** |
| Defendants. | |

   The Parties have filed a Stipulation to Amend the Scheduling Conference Order, and "good cause" appearing,

   **IT IS HEREBY ORDERED**, that the Scheduling Conference Order herein be amended as requested and agreed to by and between the parties for the reasons stated in the Stipulation.

**1**

The Court hereby modifies the Scheduling Conference Order with the following new, superseding dates:

Non-expert Discovery cut-off:   August 10, 2010
Cut-off date for non-dispositive motions :   August 17, 2010
Mandatory Settlement Conference:   August 24, 2010
Cut-off date for filing dispositive motions:   September 10, 2010
Pre-Trial Conference:   November 8, 2010
Trial:   November 30, 2010

Following their private mediation, the parties shall file a report to the Court, reporting whether the case has settled or not.

All other dates/deadlines/orders remain unchanged.

IT IS SO ORDERED.
**Dated:   May 14, 2010**                                         /s/ Oliver W. Wanger
                                                                                  UNITED STATES DISTRICT JUDGE

**2**

**ORDER MODIFYING SCHEDULING CONFERENCE ORDER UPON THE STIPULATION OF THE PARTIES**