UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GARCIA - BARAJAS,<br><br>              Plaintiff,<br><br>v.<br><br>NESTLÉ PURINA PETCARE COMPANY, a corporation, and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO.: 1:09-CV-00025-OWW-DLB<br><br>*Honorable Judge Oliver W. Wanger]*<br><br>[<br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

      The Parties have filed a Stipulation to dismiss and to jointly request dismissal of the action.

    **IT IS HEREBY ORDERED,** that the above-captioned action, Case No. 1:09-CV-00025-OWW-DBL, is dismissed with prejudice.

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15  IT IS SO ORDERED.

16  **Dated:   October 29, 2010**              /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28